UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DENNIS GRACE AND CLAY JOHNSON,**

PLAINTIFFS,

-vs-                                        Case No. 6:07-cv-1324-Orl-28UAM

**DRS SENSORS & TARGETING SYSTEMS, INC.,**

Defendant.
_____/

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Plaintiffs' Amended Complaint or, Alternative Motion for a More Definite Statement (Doc. No. 23) filed April 28, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by both parties (Doc. Nos. 40, 41, and 42), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.   That the Report and Recommendation filed September 11, 2008 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   Defendant's Motion to Dismiss Plaintiffs' Amended Complaint or, Alternative, Motion for a More Definite Statement (Doc. No. 23) is granted in part, and denied in part. The motion is granted to the extent it seeks dismissal for failure to comply with Fed. R. Civ.

P. 8(a)(2).  The Amended Complaint is dismissed in its entirety.  Plaintiffs are granted leave to file a Second Amended Complaint within eleven (11) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___8___ day of October, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party