UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS DARRYL GRACE AND
CLAY JOHNSON,

    **Plaintiffs,**

vs.                                          CASE NO. 6:07-cv-1324-ORL-28-GJK

DRS SENSORS & TARGETING SYSTEMS, INC,

    **Defendant.**

_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT

Come now Plaintiffs, by and through undersigned Counsel, and notify the Court that the Parties have reached a settlement of all controversies in this case with each party to bear its own attorneys' fees and costs. The Parties expect to file a Joint Stipulation of Dismissal of this action in the near future.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Andrew Hament, Att'y, FORD & HARRISON LLP, 1901 South Harbor City Blvd., Suite 501, Melbourne, FL 32901.

    s/ Mark E. Tietig
    Mark E. Tietig, Trial Counsel
    Fla. Bar No. 105465
    Tietig & Tietig, P.A.
    6065 South Tropical Trail
    Merritt Island, FL 32952
    (321) 452-9944
    Facsimile: (321) 452-8942
    mt@tietig.com
    Attorney for Plaintiffs